AUSA B. Quintero
x7118
11/7/2016

Case 3:16-mj-03442-BGS Document 1 Filed 11/07/16 PageID.1 Page 1 of 2

FILED
NOV 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'16MJ3442

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: _____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Joel VILLATORO-Melendez, ) | Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about November 6, 2016, within the Southern District of California, the defendant, Joel VILLATORO-Melendez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 7th day of November, 2016.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On November 6, 2016, at approximately 11:24 P.M., Joel VILLATORO-Melendez (Defendant) made application for admission into the United States from Mexico as a passenger in a BMW X5 through vehicle primary lanes at the San Ysidro Port of Entry. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a Permanent Resident card (I-551) bearing the name and photograph of G.M.S. as his entry document. The CBP Officer received a negative declaration from the driver of the vehicle who stated they were going to Los Angeles, California. The CBP Officer suspected that Defendant was an imposter to the document he presented and requested assistance. All occupants were subsequently escorted to secondary for initial processing.

In secondary, it was determined the document presented by Defendant was not legally issued to him. Defendant was searched by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries, linking Defendant to Department of Homeland Security (DHS) records which identified Defendant as a deported alien and citizen of Mexico.

Further database queries in DHS service records confirmed Defendant to be a citizen of Mexico with no legal rights to enter the United States. DHS records indicate Defendant was administratively ordered removed from the United States on or about October 28, 2016 and was subsequently removed from the United States to Mexico through Calexico, California. Immigration service records contain no evidence that Defendant has applied for or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.